IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

---

| | | |
|---|---|---|
| GREGORY LASKY. | : | CASE NO.   9:14-cv-3924-SB |
| | : | |
| Plaintiff, | : | Civil Action |
| vs. | : | |
| | : | |
| SWVP HILTON HEAD LLC. | : | **INTERROGATORIES** |
| | : | **PURSUANT TO LOCAL RULE 26.01** |
| Defendant(s). | : | |

---

INTERROGATORIES PURSUANT TO LOCAL RULE 26.01

(a)   None with subrogation interest.

(b)   Non-jury because the cause of action is equitable in nature.

(c)   The Plaintiffs are not public owned corporations.

(d)   Venue is proper in Beaufort in that the action arises in this Hilton Head..

(e)   There are no related cases.


Date: October 9, 2014            By:   s/Anthony J. Brady, Jr.
                                       ANTHONY J. BRADY, JR, ESQUIRE
                                       South Carolina Bar No.15506
                                       Law Office of Anthony Brady, Jr.
                                       1670-9 Springdale Drive
                                       PMB 159
                                       Camden, South Carolina 29020
                                       (856) 662-5234
                                       (561)-603-6387
                                       Email: ladbrady@gmail.com